UNITED STATES of America,
Plaintiff–Appellee,

v.

Jonathan Wayne HADRICK,
Defendant–Appellant.

No. 02–7327.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 5, 2002.

Decided Nov. 22, 2002.

Jonathan Wayne Hadrick, Appellant Pro Se. Andrew Clayton White, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAM D. WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jonathan Wayne Hadrick appeals the district court's order denying his motion filed under Fed.R.Civ.P. 60(b), in which he alleged prosecutorial misconduct in his criminal trial. Hadrick improperly invoked the Federal Rules of Civil Procedure to collaterally attack a criminal judgment. *United States v. O'Keefe*, 169 F.3d 281, 289 (5th Cir.1999) (citing *United States v. Mosavi*, 138 F.3d 1365, 1366 (11th Cir.1998)). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*